# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT

I, Christopher Hubbuch, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since March 2001. I am currently assigned to the London Resident Agency, within the Louisville Division of the FBI. I have received training from the FBI Academy in Quantico, Virginia, and elsewhere, which covered a variety of investigative programs and techniques, including interviewing, report writing, and an overview of legal statutes and criminal laws. I have personally conducted and assisted in a variety of criminal investigations into violations of federal law, including narcotics crimes and financial crimes, involving the execution of arrest warrants.

2.  At the FBI, I conduct criminal investigations, make arrests, and execute search and seizure warrants for violations of federal law. As such, I am a federal law enforcement officer authorized to investigate violations of federal law, and to apply for and execute warrants issued under the authority of the United States.

3.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. Based on the facts set forth in this affidavit, I believe there is probable cause that violations of 42 USC § 408(a)(7)(C), counterfeiting Social Security cards, and 18 USC § 1546(a), counterfeiting Alien Registration cards, have been committed by a person who has not been fully identified.

## PROBABLE CAUSE

5. The United States, including the FBI, is conducting a criminal investigation of an unidentified subject **or** subjects regarding possible violations of 42 USC § 408(a)(7)(C), counterfeiting Social Security cards; 18 USC § 1546(a), counterfeiting Alien Registration cards; 18 USC § 1028, Identification Document Fraud; & 18 USC § 1028(A), Aggravated Identity Theft.

6. The Federal Bureau of Investigation (FBI) at London, Kentucky, and Lexington, Kentucky, and the Social Security Administration Office of the Inspector General are investigating the activities of an unidentified individual using cell phone number 859-420-2472, subscribed to by "LUIS BLANCO", who is believed to be producing and is distributing false identity documents for use by undocumented immigrants, primarily from Mexico, in the Eastern District of Kentucky and presumably elsewhere. My investigation has determined these identity documents have included fake Social Security cards, fake state ID cards, fake state driver's licenses, and fake U.S. Permanent Resident (Alien Registration) cards, also known as "Green Cards".

7. In February 2019, the immediate family member of a person acting as FBI Confidential Human Source #1 (CHS 1) was arrested in Kentucky for using false

identification documents which presented the personal identifying information of another person legally residing in the United States. It was unknown to the legal United States resident that his/her identifying information had been used by CHS 1's immediate family member to obtain employment at a business located in the Eastern District of Kentucky. The immediate family member of CHS 1 came to law enforcement attention after the legal resident, whose identifying information had been used, filed a complaint with law enforcement in the Eastern District of Kentucky, after learning that his/her Social Security Number had been used to claim tax benefits by another individual. An investigation into the complaint resulted in the arrest of CHS 1's immediate family member whose true identity was positively determined by their fingerprints. Law enforcement determined that the individual was unlawfully in the United States. When he/she was arrested, CHS 1's family member told the arresting law enforcement agency that in 2016 he/she had purchased the identification documents through coordination with telephone number 859-420-2472. He/she stated that the purchase took place in person in Somerset, Kentucky.

8. At my direction, CHS 1, who had also previously communicated cell phone number 859-420-2472 to obtain fake identity documents, contacted telephone number 859-420-2472 by text messages in Spanish on or about April 28, 2019. The following day, April 29, 2019, I spoke with CHS 1, who later made those text messages available to me for review. I have reviewed those text message with CHS 1 and determined the user of telephone number 859-420-2472 remained willing to sell CHS 1 a paper Social

Security Card and plastic identification card. In response to CHS 1's text, the user of telephone number 859-420-2472 texted CHS 1 that he/she could obtain an ID for one-hundred seventy dollars ($170.00). CHS 1 also told me his/her spouse also previously obtained fake identification documents several years ago by contacting telephone number 859-420-2472. These documents were delivered to CHS 1's spouse at Somerset, Kentucky, which is in the Eastern District of Kentucky.

9. I subsequently requested and obtained subscriber and call/text toll records for telephone number 859-420-2472 by subpoena to service provider T-Mobile for the time-period from January 1, 2019, to December 11, 2019. I have reviewed those records which revealed telephone number 859-420-2472 is a mobile telephone number subscribed to by "Luis Blanco", date of birth July 3, 1981, with no further information available. According to the subscriber information, the device using telephone number 859-420-2472 is assigned IMSI 310260549684052. Telephone number 859-420-2472 has been active since on or about November 6, 2011, and payments for service provided to telephone number 859-420-2472 have all been made in cash within the scope of the records I received and reviewed.

10. I have reviewed call and text records for telephone number 859-420-2472 and observed a consistent pattern of short duration contacts with many numerous different telephone numbers which I believe are patterns associated with the request and subsequent delivery of fake identity documents. Telephone number 859-420-2472 was

also in contact with telephone numbers in Veracruz, Mexico, during the duration of the call and text records I reviewed.

11. From review of the call/text toll records, I also determined telephone number 859-420-2472 was in frequent contact with telephone number (502) 224-4000 throughout the duration of the records. I searched available FBI records and located an FBI intelligence product from 2015 which identified telephone number (502) 224-4000 as being used by a Hispanic male who forged driver's licenses, green cards, work authorization cards, passports, and other documents.

12. On January 29, 2020, CHS 1 sent a text message to telephone number 859-420-2472 at my direction, inquiring about purchasing a false identification card (plastic) as well as a false Social Security card (paper). The unidentified subject utilizing telephone number 859-420-2472 advised CHS 1 to call the number. The proceeding phone call, although occurring in Spanish, was consensually recording in the presence of law enforcement agents. Following the call, CHS 1 provided a synopsis of the call to law enforcement agents.

13. The unidentified subject advised CHS 1 that "paper" and "plastic ID", i.e. a Social Security card and an ID, would cost one-hundred eighty dollars ($180.00). However, the unidentified suspect advised CHS 1 that did not have any identifying information to provide for use by CHS 1 at this time. I understood this to mean that the unidentified subject is not currently in possession of identifying information which would appear valid if checked because it belongs to a lawful citizen. The unidentified subject

advised CHS 1 to text a photograph of himself/herself along with the desired personal identifying information to the unidentified subject by text message. The unidentified subject advised CHS 1 that if he/she could provide personal identifying information, the unidentified suspect could have the documents in question ready the next day. CHS 1 and the unidentified subject agreed that, when the identifying information was provided and the false documents produced, Somerset, Kentucky, would be a good location to exchange money for the false identification documents. The unidentified subject later indicated to CHS 1 that he/she could take his time in acquiring the identifying information, and the unidentified subject could oblige him once he did. My understanding of the unidentified subject's position that time is not of the essence for the acquisition of identifying information is that false identification documents are being produced habitually, either by the currently unidentified subject or another person or persons and are readily available to the unidentified subject.

14. On February 3, 2020, CHS 1 contacted telephone number 859-420-2472, at my direction, by text and inquired about purchasing the identity documents they previously discussed. The unidentified subject asked CHS 1 what state he/she wanted the ID to come from. The unidentified subject told CHS 1 the best ID he makes is from Tennessee. CHS 1 agreed. I provided CHS 1 with a Social Security Number to use. CHS 1, at my direction, sent a photograph of him/herself to telephone number 859-420-2472 with the Social Security Number I provided and an alias name and date of birth. The unidentified subject asked CHS 1 if CHS 1 would come to Lexington, Kentucky, to

exchange cash for the identity documents, stating the price would be one-hundred twenty dollars ($120). CHS 1 agreed.

15. On February 5, 2020, CHS 1 purchased a fraudulent Tennessee identification card and Social Security card for one-hundred twenty dollars ($120) from the user of telephone number 859-420-2472. These documents contained the information CHS 1 sent to telephone number 859-420-2472 two days prior and included an address in Tennessee previously unknown to me or CHS 1. This purchase occurred at Lexington, Kentucky. Special Agents of the FBI and the Social Security Administration Office of the Inspector General (SSA-OIG) conducted physical surveillance of this purchase. The physical surveillance observed an unidentified Hispanic male, possibly in his late thirties, providing the identification documents to CHS 1 in exchange for cash. These fake identification documents were recovered from CHS 1 and are maintained as evidence by the FBI.  The conversation between CHS 1 and the unidentified male occurred in Spanish and was recorded.  I debriefed CHS 1 after the purchase and he/she told me the unidentified male sold a number of fake Tennessee IDs to a Hispanic male who works in Monticello, Kentucky, during the Summer of 2019. The conversation between the unidentified subject and CHS 1 did not provide me additional information about the true identity of the unidentified subject.

16. On February 5, 2020, physical surveillance did identify the vehicle driven by the unidentified male subject. I requested, received, and reviewed the Kentucky vehicle registration information for the vehicle driven by the unidentified subject which is

7

registered to "Teodoro Leal Paez" at address 148 Surfside Drive #3, Lexington, Kentucky. The Social Security Number listed on the vehicle registration was determined by the SSA-OIG to be invalid. The unidentified male subject's vehicle was later located near the identified Surfside Drive address. The true identity of the currently unidentified male user of telephone number 859-420-2472 remains unknown to me at this time.

17. On January 28, 2020, I requested and was granted a search warrant for historical cell site location information for telephone number 859-420-2472. I received that information from T-Mobile on or about February 7, 2020. I have reviewed that data. From the data, I have learned telephone number 859-420-2472 travels frequently between Lexington, Kentucky, and Louisville, Kentucky. Telephone number 859-420-2472 was most frequently located in the vicinity of Surfside Drive in Lexington, Kentucky. Additionally, telephone number 859-420-2472 has received or initiated almost eighty thousand (80,000) calls and text messages during the time-period from April 1, 2019, to January 24, 2020.

18. On February 19, 2020, this Court authorized a Search and Seizure warrant for telephone number 859-420-2472. The warrant was executed, and precision location / GPS data was collected for telephone number 859-420-2472 from the period February 19, 2020, to April 3, 2020.  This data was used to track telephone number 859-420-2472 while conducting physical surveillance. Physical surveillance was able to confirm the locations where the user of telephone number 859-420-2472 visited. During that time frame, the investigation was not able to definitively locate the exact apartment where the

user was staying in Lexington, Kentucky. My investigation through precision location information did, however, determine telephone number 859-420-2472 was physically located at a multi-unit apartment complex building at 168 Surfside Drive, Lexington, Kentucky, for significant times periods. Further, physical surveillance observed a vehicle used by the subject to deliver fake identity documents to FBI CHS's at Lexington, Kentucky.

19.     The FBI developed another CHS (hereinafter "CHS 2") who was able to purchase fake identity documents from the user of telephone number 859-420-2472. On May 15, 2020, CHS 2 purchased a fraudulent Tennessee identification card and Social Security card for one-hundred twenty dollars ($120) from the user of telephone number 859-420-2472 at Lexington, Kentucky. The physical surveillance observed an unidentified Hispanic male, possibly in his late thirties, providing the identification documents to CHS 2 in exchange for cash. These fake identification documents were recovered from CHS 2 and are maintained as evidence by the FBI.

20.     On April 1, 2021, CHS 2 purchased a fraudulent U.S. Government Permanent Resident identification card and Social Security card for one-hundred twenty dollars ($120) from the user of telephone number 859-420-2472 at Lexington, Kentucky. The physical surveillance observed an unidentified Hispanic male, possibly in his late thirties, providing the identification documents to CHS 2 in exchange for cash. According to CHS 2 and from surveillance video which I have reviewed, I believe this is the same

person from the previous evidence purchase. These fake identification documents were recovered from CHS 2 and are maintained as evidence by the FBI.

21. On January 12, 2023, CHS 2 purchased six (6) fraudulent U.S. Government Permanent Resident identification cards and six (6) Social Security cards for seven-hundred twenty dollars ($720) from the user of telephone number 859-420-2472 at Lexington, Kentucky. The physical surveillance observed an unidentified Hispanic male, possibly in his late thirties, providing the identification documents to CHS 2 in exchange for cash. These fake identification documents were recovered from CHS 2 and are maintained as evidence by the FBI.

22. On January 12, 2023, the user of telephone number 859-420-2472 traveled to meet CHS 2 in a white, 2018 GMC Terrain bearing Kentucky License Plate 218 ZVW. I have determined this vehicle is currently registered to TEODORO LEAL-PAEZ, Social Security Number 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, at 148 Surfside Drive, Apartment 3, Lexington, Kentucky. This vehicle was registered on or about October 7, 2022. From my review of available on-line resources, TEODORO LEAL-PAEZ, date of birth October 19, 1984, has been associated with several addresses at Surfside Drive over the last seven years. According to a Special Agent at the SSA-OIG who has been involved in this investigation, Social Security Number 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 has never been issued by the Social Security Administration.

23. A criminal history query of TEODORO LEAL-PAEZ revealed he was arrested in Oregon in 2004 for possession of a forged instrument. TEODORO LEAL-

PAEZ in Oregon used Social Security Number 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, which I have determined does not belong to him. The same individual was ordered by a U.S. immigration judge and subsequently removed from the U.S. in 2010 to Mexico. I believe the jail booking photo of TEODORO LEAL-PAEZ from his arrest in Oregon in 2004, albeit almost twenty years ago, is similar to surveillance photos of the user of telephone number 859-420-2472 from my investigation. From my review of prior surveillance videos of evidence purchases over the last several years, I believe it is possible there may be two users of telephone number 859-420-2472.

24. On January 18, 2023, I requested and received updated records from T-Mobile for telephone number 859-420-2472. Telephone number 859-420-2472 remained subscribed to by "LUIS BLANCO" and had the same IMSI. Further, telephone number 859-420-2472 continued to demonstrate a high volume of calls and texts. For the time-period October 1, 2022, to January 17, 2023, there were approximately thirty-four thousand nine-hundred calls and texts.

25. On March 13, 2023, this Court authorized a pen register trap and trace, cell site sector, and a precision location (GPS) ping warrant on telephone number 859-420-2472. On April 20, 2023, I reviewed the search warrant GPS location information for telephone number 859-420-2472 for the prior two five (5) weeks. From my review, I have determined the cell phone using telephone number 859-420-2472, and presumably its user, travelled back and forth between Louisville, Kentucky, and Lexington, Kentucky, regularly from March 14, 2023, until March 30, 2023. The cell phone was

physically located at two apartment complexes for a majority of the time-period I have reviewed, Surfside Apartments (168 Surfside Drive) in Lexington and El Patio Apartments in Louisville.

26. On March 23, 2023, a uniformed Lexington Police Department officer was provided with precision GPS location for telephone number 859-420-2472. The phone was located at Malone's restaurant in Lexington, Kentucky. The uniformed officer located a black GMC Terrain parked at the restaurant bearing Kentucky License Plate E9A 642. I determined this vehicle was registered to TOMAS LEAL-PAEZ and CELESTINO BARRERA on January 23, 2023, at 2604 El Patio Place, Apartment #311, Louisville, Kentucky. This address is consistent with where cell phone 859-420-2472 has been located regularly over the last three (3) weeks. The SSA-OIG advised determined the Social Security Numbers associated with TOMAS LEAL-PAEZ and BARRERA used to register the vehicle do not belong to either.

27. On March 28, 2023, an FBI Task Force Officer and a Lexington Police Department uniformed patrol officer conducted a ruse at 168 Surfside Drive, knocking on each apartment door. The building was determined to consist of eight (8) individual apartment units. Only one person in Apartment #2 responded to the ruse and was not the subject of investigation. The same white GMC Terrain bearing Kentucky license plate 218 ZVW was parked at the apartment complex behind the building marked "168". The TFO and officer then went to the apartment complex rental office and inquired about tenants in Building 168 and about the GMC Terrain. Investigation determined the

apartment complex parking sticker in the window of the GMC Terrain, "1535", is associated with 168 Surfside Drive, Apartment 7. Further, the apartment is currently rented by an individual using the name "MARIO REYES", who provided an International Driver's Permit to the apartment complex for identification. The permit identified MARIO REYES having date of birth July 3, 1981. An apartment complex manager was shown a surveillance photograph of the subject I obtained from a prior controlled purchase of fake identification documents by CHS 2. The manager said the photograph looked like MARCOS REYES, MARIO REYES' brother who stayed in Apartment 7 with MARIO REYES at one time, but she had not been him there for about six (6) months. MARCOS REYES provided the apartment complex a Mexican Consular Identification which indicated a date of birth October 19, 1984. From my investigation, I believe MARCOS REYES and MARIO REYES are other alias names used by subjects of this investigation.

28. From my review on April 20, 2023, of ongoing GPS ping data collection authorized by this Court, telephone number 859-420-2472 stopped visiting the Surfside Drive apartments entirely after March 30, 2023, and has been primarily located at El Patio Apartments, Louisville, Kentucky. I believe this was prompted by the law enforcement inquiry on March 28, 2023.

29. On April 12, 2023, the user of telephone number 859-420-2472 traveled to meet CHS 2 at Richmond, Kentucky, in the same black GMC Terrain bearing Kentucky License Plate E9A 642 identified in Paragraph 26. The CHS 2 purchased two (2)

fraudulent U.S. Government Permanent Resident identification cards and two (2) Social Security cards for two-hundred forty dollars ($240) from the user of telephone number 859-420-2472 at Richmond, Kentucky. The physical surveillance observed an unidentified Hispanic male, possibly in his late thirties, providing the identification documents to CHS 2 in exchange for cash. According to CHS 2 and from surveillance video which I have reviewed, I believe this is the same person from the previous evidence purchase in January 2023. These fake identification documents were recovered from CHS 2 and are maintained as evidence by the FBI. Further, ongoing GPS ping data collection authorized by this Court indicates telephone number 859-420-2472 was located at the same location where fake identity documents were purchased by CHS 2 at Richmond, Kentucky, on April 12, 2023. The following are photographs of the individual using telephone number 859-420-2472 who sold the fake identity documents to CHS 2 on April 12, 2023, at Richmond, Kentucky, in the Eastern District of Kentucky.



## CONCLUSION

30. Based on the foregoing information, there exists probable cause to believe the unidentified individual depicted in the surveillance photographs herein and using a cellular phone with telephone number 859-420-2472 sold fake Social Security cards and fake Alien Registration cards to an FBI CHS on April 12, 2023, in violation of 42 USC § 408(a)(7)(C) and 18 USC § 1546(a). I respectfully request that an arrest warrant be issued for that individual who I believe will be in possession of the device using telephone number 859-420-2472 upon arrest.

Respectfully submitted,

/s/ Christopher A. Hubbuch
Christopher A. Hubbuch
Special Agent
Federal Bureau of Investigation

Transmitted by email and attested to by telephone in accordance with the requirements of Rule 4.1(b)(2)(A) on April 25, 2023.

HON. MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY